**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GONZALO HERNÁNDEZ | No.  24-cv-00512- EKL |
|     PLAINTIFF, | **ORDER DISMISSING MATTER AND RETAINING JURISDICTION TO ENFORCE AGREEMENT** |
| VS. | |
| RAJJOT SWEET & SNACKS, INC.; TEK GILL, BALBINDER KAUR, ASHWANI K SHARMA, INDRA SHARMA. | (PROPOSED ORDER MODIFIED BY THE COURT) |
|     DEFENDANTS | |

The Court has reviewed the settlement agreement between the parties.  The Court finds that the agreement was entered into by all parties to this action.  Further, the agreement at paragraph 15 specifically shows an agreement to have the Court retain jurisdiction over the parties "to enforce the settlement until performance in full of the

**ORDER DISMISSING MATTER AND RETAINING JURISDICTION**

- 1

terms of the Settlement Agreement and, if necessary, to enter judgment pursuant to the terms of the Settlement Agreement." ~~The Court also finds that under the agreement, Defendants have until February 1, 2027 to make payment~~.

As such, the Court dismisses the matter but retains jurisdiction ~~for any parity to enforce the agreement as contemplated by its terms.~~ until February 1, 2027.  The Clerk is directed to close this case.

IT IS SO ORDERED

Dated:  April 23, 2026

_____

Honorable Eumi K. Lee
United States District Court Judge

**ORDER DISMISSING MATTER AND RETAINING JURISDICTION**
- 2